UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROSE R. MARCOTTE and RUSSELL MARCOTTE, husband and wife,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AIRFORCE; BRIAN CLIPPER as agent of the UNITED STATES DEPARTMENT OF AIRFORCE; and BRIAN CLIPPER and JANE DOE CLIPPER, husband and wife,<br><br>Defendants. | NO. CV-09-102-RHW<br><br>**ORDER GRANTING JOINT MOTION FOR SUBSTITUTION OF THE UNITED STATES OF AMERICA FOR DEFENDANTS UNITED STATES DEPARTMENT OF AIR FORCE, BRIAN CLIPPER, AND JANE DOE CLIPPER** |

Before the Court is the Joint Motion for Substitution of the United States of America for Defendants United States Department of Air Force, Brian Clipper, and Jane Doe Clipper (Ct. Rec. 4). The motion was heard without oral argument.

The parties ask the Court to substitute the United States of America as Defendant for each of the named Defendants in the above-captioned complaint. The United States represents that its employee was acting within the scope of his employment.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Joint Motion for Substitution of the United States of America for Defendants United States Department of Air Force, Brian Clipper, and Jane Doe Clipper (Ct. Rec. 4) is **GRANTED**.

**ORDER GRANTING JOINT MOTION FOR SUBSTITUTION OF THE UNITED STATES OF AMERICA FOR DEFENDANTS UNITED STATES DEPARTMENT OF AIR FORCE, BRIAN CLIPPER, AND JANE DOE CLIPPERS ~ 1**

2. The United States of America shall be substituted as Defendant for those named Defendants contained in Plaintiffs' Complaint.

3. The parties are directed to amend the caption of the pleadings to reflect the newly-named Defendant for any subsequently filed pleadings.

4. The action against the United States Department of Air Force, Brian Clipper, and Jane Doe Clipper, is hereby dismissed. This action shall be maintained against the United States of America.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this 8th day of September, 2009.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
United States District Judge

Q:\CIVIL\2009\Marcotte\order.wpd

**ORDER GRANTING JOINT MOTION FOR SUBSTITUTION OF THE UNITED STATES OF AMERICA FOR DEFENDANTS UNITED STATES DEPARTMENT OF AIR FORCE, BRIAN CLIPPER, AND JANE DOE CLIPPERS** ~ 2