# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROSE R. MARCOTTE and RUSSELL MARCOTTE, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AIRFORCE; BRIAN CLIPPER as agent of the UNITED STATES DEPARTMENT OF AIRFORCE; and BRIAN CLIPPER and JANE DOE CLIPPER, husband and wife,<br><br>Defendants. | NO. CV-09-102-RHW<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION FOR ORDER OF DISMISSAL** |

Before the Court is the parties' Joint Motion and Stipulation for Order of Dismissal (Ct. Rec.20). The motion was heard without oral argument and on an expedited basis.

The parties indicate that the above-captioned case has been resolved and ask that the Court dismiss the Complaint with prejudice.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Joint Motion and Stipulation for Order of Dismissal (Ct. Rec.20) is **GRANTED**.

2. The above-captioned case is **dismissed**, with prejudice.

///

///

///

**ORDER GRANTING JOINT MOTION AND STIPULATION FOR ORDER OF DISMISSAL** ~ 1

1  **IT IS SO ORDERED.** The District Court Executive is directed to enter this
2  Order, forward copies to counsel and close the file.
3  **DATED** this 30th day of November, 2010.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

Q:\CIVIL\2009\Marcotte\dismiss.wpd

**ORDER GRANTING JOINT MOTION AND STIPULATION FOR ORDER OF DISMISSAL** ~ 2